



# MEMORANDUM OPINION

No. 04-11-00606-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Karen Angelini, Justice
                   Sandee Bryan Marion, Justice
                   Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2011

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On August 18, 2011, relator Jason Miears filed a petition for writ of mandamus, asking this court to order the trial court to set a hearing on his motion to recuse. However, on August 11, 2011, the Honorable Dick Alcala held a hearing on the motion to recuse and subsequently denied the motion. Therefore, relator's petition is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2009-CR-6566, 2009-CR-6567, 2009-CR-6568, and 2009-CR-6569, styled *State of Texas v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.